## SUPREME COURT.

### HENRY C. GLINSMANN agt. SOPHIA H. GLINSMANN.

A decree for divorce on the ground of *force or fraud* cannot be granted, where it appears " that, at any time *before the commencement of the suit,* there was a *voluntary cohabitation of the parties as husband and wife.*" (2 *R. S.* 143, § 32.)

(*Quere?* *Whether, to meet the requirements of justice in many cases, this statute does not need amendment, if the* VOLUNTARY *cohabitation mentioned, does not mean a* KNOWLEDGE *of the fraud.*)

In this case, it would seem that the parties did not live together *after* the alleged fraud was *discovered;* and that the suit was thereafter immediately commenced.

*New-York Special Term, July,* 1855.

APPLICATION for a decree dissolving marriage contract for fraud.

The plaintiff and defendant intermarried in December, 1847, and, as husband and wife, lived together until August, 1854. During this period they have had two children, one of whom is now living. The plaintiff asks for a decree dissolving the marriage contract upon the ground of fraud.

The alleged fraud consists in the defendant's having, prior to the marriage, and as an inducement to plaintiff to contract it, represented herself as a chaste woman, when, in fact, she was the mother of four illegitimate children; that she concealed such fact from the plaintiff prior to the marriage, and that he only discovered it in August, 1854.

———— ———— *for plaintiff.*
———— ———— *for defendant.*

COWLES, Justice. The decree must be denied. The statute expressly inhibits the granting of one under this state of facts.

By 2 *R. S.* 143, § 32, it is provided, that " No marriage shall be annulled on the ground of force or fraud, if it shall appear

that, *at any time before the commencement of the suit*, there was a *voluntary cohabitation of the parties as husband and wife.*"

Here there has been such cohabitation from 1847 to 1854, and two children born to the parties.

Judgment must be entered denying the prayer of the plaintiff, and dismissing his complaint.